PD-0484-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/30/2015 6:58:25 PM
Accepted 5/1/2015 11:44:54 AM
ABEL ACOSTA
CLERK

**In the Court of Criminal Appeals of Texas**
**Cause No._____**

FILED IN
COURT OF CRIMINAL APPEALS

May 1, 2015

ABEL ACOSTA, CLERK

**on Direct Appeal from**

**In the Court of Appeals**
**for the Thirteenth District of Texas**
**COA Cause No: 13-13-00190-CR**

**Albert Rodriguez Medellin v. State of Texas**
**Trail Cause No. CR-2011-196**
**From the 207th District Court**
**of Comal County, Texas**

**Appellant's First Motion for Extension of Time to File Petition for Discretionary Review.**

TO THE HONORABLE PRESIDING JUDGE AND ASSOCIATE JUDGES OF THE COURT OF CRIMINAL APPEALS OF TEXAS:

Appellant presents this First Motion for Extension of Time of Thirty Additional Days to File the Petition for Discretionary Review as follows:

1. The Court of Appeals for the Thirteenth Judicial District of Texas affirmed the conviction of the Appellant on April 2, 2015.

2. The Petition for Discretionary Review is due to be filed by May 4, 2015.

3. Appellant seeks an extension of 30 days, from the present deadline of May 4, 2015 to a new deadline

1

of Wednesday, June 3, 2015, to file a Petition for Discretionary Review.

4. No other extensions of time have been sought or granted for a Petition of Discretionary Review in this case.

5. The Court of Criminal Appeals of Texas may extend the time to file a Petition for Discretionary Review.

> "After the filing and denial of Foster's motion for rehearing, Foster, after obtaining an extension of time from the Court of Criminal Appeals, timely filed a petition for discretionary review on December 1, 2009. *See* Tex.R.App. P. 50." **Foster, v. State**,320 S.W. 3d 635 (Tex.Crim.App.2010)

8. The grounds for this request are that the family is trying to gather the funds in order to hire counsel to file a Petition for Discretionary Review on behalf of the Appellant.

## Conclusion and request for relief

2

The Court of Criminal Appeals of Texas should extend the time to file the Petition for Discretionary Review from May 4, 2015 until June 3, 2015.

LAW OFFICE OF LARRY WARNER
RESPECTFULLY SUBMITTED
April 30, 2015

By:

*/s/Larry Warner*
Larry Warner,
Counsel for Appellant
3109 Banyan Circle
Harlingen, Texas 78550
Phone(956)230-0361
Fax(866)408-1968
Office@larrywarner.com
Texas Bar#20871500;USDC,SDTX
1230; Board Certified,
Criminal Law,Texas Board of
Legal Specialization(1983)

**In the Court of Criminal Appeals of Texas**
**Cause No._____**

**on Direct Appeal from**

**In the Court of Appeals**
**for the Thirteenth District of Texas**
**COA Cause No: 13-13-00190-CR**

**Albert Rodriguez Medellin v. State of Texas**
**Trail Cause No. CR-2011-196**
**From the 207ᵗʰ District Court**
**of Comal County, Texas**

<u>**CERTIFICATE OF SERVICE**</u>

I emailed and faxed a copy of **the Appellant's First Motion for Extension of Time of Thirty Additional Days to File a Petition for Discretionary Review**, the document to which this certificate is attached, to: Honorable Jennifer Tharp, Criminal District Attorney of Comal County, Texas 150 North Seguin Avenue, Suite 307, New Braunfels, Texas 78130 Fax: 830-620-5599 and Email:contact7@co.comal.tx.us I emailed and faxed it on April 30, 2015.

LAW OFFICE OF LARRY WARNER
RESPECTFULLY SUBMITTED

By:

*/s/Larry Warner*
Larry Warner,
Counsel for Appellant